UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.     5:16-MJ-1088-RN

| | |
|---|---|
| IN THE MATTER OF THE USE OF A ) | |
| CELL-SITE SIMULATOR TO LOCATE ) | ORDER TO SEAL APPLICATION AND |
| THE CELLULAR DEVICE ASSIGNED ) | AFFIDAVIT FOR SEARCH WARRANT |
| CALL NUMBER (919) 638-4636, ) | |
| WITH INTERNATIONAL MOBILE ) | |
| SUBSCRIBER IDENTITY ) | |
| 310260419438195 ) | |

Upon motion of the United States, for good cause shown and for

the reasons stated in the motion, it is hereby ORDERED that the

Application and Affidavit for Search Warrant in the above-referenced

matter, along with Attachments A and B, the instant Motion to Seal,

and this Order to Seal, be sealed by the Clerk from this date until

further order by this Court, except that a certified copy of the same

be provided to the United States Attorney's Office and Federal Bureau

of Investigation.

Dated: January 27, 2016

_Robert T. Numbers II_

Robert T. Numbers, II
United States Magistrate Judge