UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-MJ-1088-RN

| | |
|---|---|
| IN THE MATTER OF THE CELLULAR DEVICE ASSIGNED CALL NUMBER (919) 638-4636, WITH INTERNATIONAL MOBILE SUBSCRIBER IDENTITY 310260419438195 | ORDER TO SEAL APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the Application and Affidavit for Search Warrant in the above-referenced matter, along with Attachments A and B, the instant Motion to Seal, and this Order to Seal, be sealed by the Clerk from this date until further order by this Court, except that a certified copy of the same be provided to the United States Attorney's Office and Federal Bureau of Investigation.

Dated: January 28, 2016

*Robert T. Numbers II* (signature)

Robert T. Numbers, II
United States Magistrate Judge