UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-MJ-1088-RN

IN THE MATTER OF THE )
APPLICATION OF THE UNITED )
STATES OF AMERICA FOR USE OF A )
CELL SITE SIMULATOR TO LOCATE ) **ORDER TO SEAL**
THE CELLULAR DEVICE ASSIGNED ) **MOTION TO DELAY NOTICE**
CALL NUMBER (919) 638-4636, )
WITH INTERNATIONAL MOBILE )
SUBSCRIBER IDENTITY )
310260419438195 )

Upon Motion of the United States, it is hereby ORDERED that the Motion to Delay Notice, Order to Delay Notice, this Motion to Seal, and corresponding Order to Seal the same, in the above-captioned matter, be sealed until such time as unsealed by the Court.

It is FURTHER ORDERED that the Clerk of Court provide a signed copy of the Motion to Delay Notice, Order to Delay Notice, this Motion to Seal, and corresponding Order to Seal the same, to the United States Attorney's Office.

This, the 28 day of March, 2016.

_____
JAMES E. ~~GATES~~
United States Magistrate Judge